IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| STATES OF TENNESSEE, ARKANSAS, ALABAMA, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KANSAS, MISSOURI, NEBRASKA, NORTH DAKOTA, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, UTAH, and WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | Civil Action No. 2:24-cv-84-DPM <br> U.S. District Judge D. P. Marshall <br> U.S. Magistrate Judge Edie R. Ervin |

**UNOPPOSED MOTION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

___

The Plaintiff States move under Fed. R. Civ. P. 6 and Local Rule 7.2 to set a briefing schedule on their forthcoming motion for preliminary relief from Defendant EEOC's April 19, 2024 rule entitled *Implementation of Pregnant Workers Fairness Act*, 89 Fed. Reg. 29,096.

EEOC's Final Rule will require the Plaintiff States and all other covered employers to provide workplace accommodations for their employees' abortions. The Final Rule becomes effective on June 18, 2024. In advance of that date, Plaintiff States must undertake compliance obligations and shoulder associated costs to prepare for the Final Rule's new mandates. Plaintiff States thus intend to move this Court to enter preliminary relief from the Final Rule during the pendency of these proceedings.

Plaintiff States have conferred with counsel for Defendant EEOC regarding a briefing schedule for the forthcoming motion for preliminary relief. Counsel for EEOC has advised that EEOC does not oppose the following briefing schedule:

| Proposed Deadline | Filing |
|---|---|
| May 3, 2024 | Plaintiffs' motion for preliminary relief from the Final Rule. |
| May 17, 2024 | EEOC's opposition to Plaintiffs' States motion for preliminary relief. |
| May 22, 2024 | Plaintiffs' reply in support of their motion for preliminary relief. |

Plaintiff States respectfully request that the Court issue an order granting entry of this proposed briefing schedule on the forthcoming motion for preliminary relief.

Dated:  April 30, 2024               Respectfully submitted,


JONATHAN SKRMETTI                    TIM GRIFFIN
  Tennessee Attorney General           Arkansas Attorney General
  and Reporter

/s/ *Whitney Hermandorfer*           /s/ *Nicholas J. Bronni*
WHITNEY D. HERMANDORFER*             NICHOLAS J. BRONNI (2016097)
  Director of Strategic Litigation     Solicitor General
REED N. SMITH*                       DYLAN L. JACOBS (2016167)
  Assistant Attorney General           Deputy Solicitor General
VIRGINIA N. ADAMSON*                 ASHER STEINBERG (2019058)
  Strategic Litigation Counsel &       Senior Assistant Solicitor General
  Assistant Solicitor General
JOSHUA D. MINCHIN*
  Honors Fellow, Office of the
  Solicitor General


OFFICE OF THE TENNESSEE              OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL                     ATTORNEY GENERAL
P.O. Box 20207                       323 Center Street, Suite 200
Nashville, Tennessee 37202           Little Rock, Arkansas 72201
(615) 741-8726                       (501) 682-6302
Whitney.Hermandorfer@ag.tn.gov       Nicholas.Bronni@arkansasag.gov

*Motion for admission *Pro Hac Vice* under    *Counsel for Plaintiff State of Arkansas*
Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Tennessee*

3

<table>
<tr><td>

STEVE MARSHALL
  Attorney General

/s/ *Edmund G. LaCour, Jr.*
EDMUND G. LACOUR, JR.*
Solicitor General
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@
  AlabamaAG.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Alabama*

</td><td>

ASHLEY MOODY
  Attorney General

/s/ *Natalie Christmas*
NATALIE CHRISTMAS*
Senior Counselor
OFFICE OF THE FLORIDA ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399
Tel.: (850) 414-3300
Natalie.christmas@myfloridalegal.com

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Florida*

</td></tr>
<tr><td>

CHRISTOPHER CARR
  Attorney General

/s/ *Stephen Petrany*
STEPHEN PETRANY*
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Georgia*

</td><td>

RAÚL R. LABRADOR
  Attorney General

/s/ *Joshua N. Turner*
JOSHUA N. TURNER*
Chief of Constitutional Litigation and Policy
ALAN M. HURST*
Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, Idaho 83720
Tel: (208) 334-2400
josh.turner@ag.idaho.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Idaho*

</td></tr>
</table>

4

THEODORE E. ROKITA
  Attorney General

/s/ *James A. Barta*
JAMES A. BARTA*
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF INDIANA
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone: (317) 232-0709
James.Barta@atg.in.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Indiana*

BRENNA BIRD
  Attorney General

/s/ *Eric H. Wessan*
ERIC H. WESSAN*
Solicitor General
OFFICE OF THE IOWA ATTORNEY GENERAL
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Eric.Wessan@ag.iowa.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Iowa*

KRIS W. KOBACH
  Attorney General

/s/ *Erin Gaide*
ERIN GAIDE*
Assistant Attorney General
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, KS 66612
(785) 296-7109
erin.gaide@ag.ks.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Kansas*

ANDREW BAILEY
  Attorney General

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE*
Solicitor General
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Missouri*

<div style="display: flex;">
<div>

MICHAEL T. HILGERS
  Attorney General

/s/ *Lincoln J. Korell*
LINCOLN J. KORELL*
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Nebraska*


GENTER DRUMMOND
  Attorney General

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II*
Solicitor General
OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 NE 21st Street,
Oklahoma City, OK 73105
405-312-2451
Garry.Gaskins@oag.ok.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Oklahoma*

</div>
<div>

DREW WRIGLEY
  Attorney General

/s/ *Philip Axt*
PHILIP AXT*
Solicitor General
OFFICE OF NORTH DAKOTA ATTORNEY GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of North Dakota*


ALAN WILSON
  Attorney General

/s/ *Joseph D. Spate*
JOSEPH D. SPATE*
Assistant Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of South Carolina*

</div>
</div>

<div style="columns: 2">

MARTY J. JACKLEY
  Attorney General

/s/ *Grant M. Flynn*
GRANT M. FLYNN*
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD  57501
(605) 773-3215
grant.flynn@state.sd.us

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of South Dakota*

PATRICK MORRISEY
  Attorney General

/s/ *Curtis R. A. Capehart*
CURTIS R. A. CAPEHART*
Deputy Attorney General
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Fax: (304) 558-0140
curtis.r.a.capehart@wvago.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of West Virginia*

SEAN REYES
  Attorney General

/s/ *Lance F. Sorenson*
LANCE F. SORENSON*
Assistant Utah Attorney General
UTAH ATTORNEY GENERAL
160 East 300 South, 6th floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
lancesorenson@agutah.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Utah*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to all counsel of record. The document was further served via email and first-class mail on the following, who have represented themselves to the undersigned as counsel for Defendant in this matter.

**Daniel S. Schwei**
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8693
Fax: (202) 616-8460
Daniel.S.Schwei@usdoj.gov

**Laura B. Bakst**
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3183
Fax: (202) 616-8470
Laura.B.Bakst@usdoj.gov

**Alexandra Widas**
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Tel: (202) 616-8472
Fax: (202) 616-8460
Email: Alexandra.J.Widas@usdoj.gov

/s/ *Reed N. Smith*
Reed N. Smith
Tennessee Assistant Attorney General
*Admission PHV pending*