IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STATES OF TENNESSEE, ARKANSAS,
ALABAMA, FLORIDA, GEORGIA, IDAHO,
INDIANA, IOWA, KANSAS, MISSOURI,
NEBRASKA, NORTH DAKOTA, OKLAHOMA,
SOUTH CAROLINA, SOUTH DAKOTA,
UTAH, and WEST VIRGINIA                                                     PLAINTIFFS

v.                                 No. 2:24-cv-84-DPM

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                   DEFENDANT

ORDER

Unopposed motion, *Doc. 15*, appreciated and granted. Proposed briefing schedule adopted. Brief requirements set: 15 point type, with a minimum of substantive footnotes; no more than thirty-five pages for the opening brief, fifty for the responding brief, and fifteen for the reply brief; and a "summary of the argument" section in each brief. Please confer and file a joint report by 10 May 2024 on proposed hearing details: the witnesses, exhibits, argument, and duration needed to present both sides.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_1 May 2024_