**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

STATES OF TENNESSEE, ARKANSAS,
ALABAMA, FLORIDA, GEORGIA,
IDAHO, INDIANA, IOWA, KANSAS,
MISSOURI, NEBRASKA, NORTH
DAKOTA, OKLAHOMA, SOUTH
CAROLINA, SOUTH DAKOTA, UTAH,
and WEST VIRGINIA.

   *Plaintiffs*,

v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

*Defendant.*

Civil Action No. 2:24-cv-84-DPM
U.S. District Judge D. P. Marshall
U.S. Magistrate Judge Edie R. Ervin

**JOINT REPORT ON PROPOSED HEARING DETAILS**

---

  Pursuant to the Court's Order filed on May 1, 2024 (Doc. 16), the Parties submit the following proposal as to setting a hearing on Plaintiffs' Motion for a § 705 Stay and Preliminary Injunction (Doc. 17) ("Motion").

  **Witnesses & Exhibits**:  The Parties agree neither an evidentiary hearing nor live witnesses are required to resolve the Motion.

  **Argument & Duration:**  The Parties propose that each side be granted one hour of argument.

  **Available Dates**:  The Parties are available for a hearing on May 29, June 3, or June 4 of 2024.  If the Court would prefer to set the hearing for a different date, the Parties will gladly work with the Court to schedule the hearing on a suitable date.

The Parties respectfully request that the Court issue an order granting entry of these agreed hearing details.

Dated:  May 10, 2024                    Respectfully submitted,


JONATHAN SKRMETTI                         TIM GRIFFIN
  Tennessee Attorney General               Arkansas Attorney General
  and Reporter

/s/ *Whitney Hermandorfer*                /s/ *Nicholas J. Bronni*
WHITNEY D. HERMANDORFER*                  NICHOLAS J. BRONNI (2016097)
  Director of Strategic Litigation          Solicitor General
REED N. SMITH*                            DYLAN L. JACOBS (2016167)
  Assistant Attorney General               Deputy Solicitor General
VIRGINIA N. ADAMSON*                      ASHER STEINBERG (2019058)
  Strategic Litigation Counsel &            Senior Assistant Solicitor General
  Assistant Solicitor General
JOSHUA D. MINCHIN*
  Honors Fellow, Office of the
  Solicitor General



OFFICE OF THE TENNESSEE                   OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL                          ATTORNEY GENERAL
P.O. Box 20207                            323 Center Street, Suite 200
Nashville, Tennessee 37202                Little Rock, Arkansas 72201
(615) 741-8726                            (501) 682-6302
Whitney.Hermandorfer@ag.tn.gov            Nicholas.Bronni@arkansasag.gov

*Admitted *Pro Hac Vice*                  *Counsel for Plaintiff State of Arkansas*

*Counsel for Plaintiff State of Tennessee*

STEVE MARSHALL
  Attorney General

/s/ *Edmund G. LaCour, Jr.*
EDMUND G. LACOUR, JR.*
Solicitor General
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@
  AlabamaAG.gov

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff State of Alabama*

CHRISTOPHER CARR
  Attorney General

/s/ *Stephen Petrany*
STEPHEN PETRANY*
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff State of Georgia*

ASHLEY MOODY
  Attorney General

/s/ *Natalie Christmas*
NATALIE CHRISTMAS*
Senior Counselor
OFFICE OF THE FLORIDA ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399
Tel.: (850) 414-3300
Natalie.christmas@myfloridalegal.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff State of Florida*

RAÚL R. LABRADOR
  Attorney General

/s/ *Joshua N. Turner*
JOSHUA N. TURNER*
Chief of Constitutional Litigation and Policy
ALAN M. HURST*
Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, Idaho 83720
Tel: (208) 334-2400
josh.turner@ag.idaho.gov

*Motion for admission *Pro Hac Vice* under
Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Idaho*

THEODORE E. ROKITA
  Attorney General

/s/ James A. Barta
JAMES A. BARTA*
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
INDIANA
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone: (317) 232-0709
James.Barta@atg.in.gov

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff State of Indiana*

BRENNA BIRD
  Attorney General

/s/ Eric H. Wessan
ERIC H. WESSAN*
Solicitor General
OFFICE OF THE IOWA ATTORNEY GENERAL
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Eric.Wessan@ag.iowa.gov

*Motion for admission forthcoming

*Counsel for Plaintiff State of Iowa*

KRIS W. KOBACH
  Attorney General

/s/ Erin Gaide
ERIN GAIDE*
Assistant Attorney General
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, KS 66612
(785) 296-7109
erin.gaide@ag.ks.gov

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff State of Kansas*

ANDREW BAILEY
  Attorney General

/s/ Joshua M. Divine
JOSHUA M. DIVINE*
Solicitor General
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff State of Missouri*

MICHAEL T. HILGERS
  Attorney General

/s/ Lincoln J. Korell
LINCOLN J. KORELL*
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Admitted Pro Hac Vice

Counsel for Plaintiff State of Nebraska

GENTER DRUMMOND
  Attorney General

/s/ Garry M. Gaskins, II
GARRY M. GASKINS, II*
Solicitor General
OKLAHOMA OFFICE OF THE ATTORNEY
GENERAL
313 NE 21st Street,
Oklahoma City, OK 73105
405-312-2451
Garry.Gaskins@oag.ok.gov

*Admitted Pro Hac Vice

Counsel for Plaintiff State of Oklahoma

DREW WRIGLEY
  Attorney General

/s/ Philip Axt
PHILIP AXT*
Solicitor General
OFFICE OF NORTH DAKOTA ATTORNEY
GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Admitted Pro Hac Vice

Counsel for Plaintiff State of North Dakota

ALAN WILSON
  Attorney General

/s/ Joseph D. Spate
JOSEPH D. SPATE*
Assistant Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Motion for admission Pro Hac Vice under
Local Rule 83.5(d) forthcoming

Counsel for Plaintiff State of South Carolina

MARTY J. JACKLEY
  Attorney General

/s/ *Grant M. Flynn*
GRANT M. FLYNN*
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD 57501
(605) 773-3215
grant.flynn@state.sd.us

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff State of South Dakota*

PATRICK MORRISEY
  Attorney General

/s/ *Curtis R. A. Capehart*
CURTIS R. A. CAPEHART*
Deputy Attorney General
OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Fax: (304) 558-0140
curtis.r.a.capehart@wvago.gov

*Motion for admission *Pro Hac Vice* under
Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of West Virginia*

SEAN REYES
  Attorney General

/s/ *Lance F. Sorenson*
LANCE F. SORENSON*
Assistant Utah Attorney General
UTAH ATTORNEY GENERAL
160 East 300 South, 6th floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
lancesorenson@agutah.gov

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff State of Utah*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

/s/ Daniel Schwei
DANIEL SCHWEI (N.Y. Bar #4901336)
Special Counsel
LAURA B. BAKST (D.C. Bar #1782054)
ALEXANDRA WIDAS (D.C. Bar #1645372)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8693
Facsimile: (202) 616-8460
Email: daniel.s.schwei@usdoj.gov


*Counsel for Defendant*