# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STATES OF TENNESSEE, ARKANSAS,**
**ALABAMA, FLORIDA, GEORGIA, IDAHO,**
**INDIANA, IOWA, KANSAS, MISSOURI,**
**NEBRASKA, NORTH DAKOTA, OKLAHOMA,**
**SOUTH CAROLINA, SOUTH DAKOTA,**
**UTAH, and WEST VIRGINIA**                              **PLAINTIFFS**

**v.**                  **No. 2:24-cv-84-DPM**

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION**                                           **DEFENDANT**

## ORDER

The Court has received inquires about briefs *amicus curiae*. Any person or entity wishing to file such a brief should move to do so, attaching a copy of the proposed brief, no later than 24 May 2024. The papers should generally conform to Federal Rule of Appellate Procedure 29. Any response to a motion on this issue is due five calendar days thereafter.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

<u>20 May 2024</u>