## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

STATES OF TENNESSEE, ARKANSAS,
ALABAMA, FLORIDA, GEORGIA, IDAHO,
INDIANA, IOWA, KANSAS, MISSOURI,
NEBRASKA, NORTH DAKOTA, OKLAHOMA,
SOUTH CAROLINA, SOUTH DAKOTA,
UTAH, and WEST VIRGINIA                                              PLAINTIFFS

v.                          No. 2:24-cv-84-DPM

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                            DEFENDANT

## ORDER

The Court will hear oral argument on the motion for a preliminary injunction at 1:30 p.m. on 3 June 2024.  This is a Delta division case, but I must be in Little Rock presiding over a trial that week.  The argument will therefore be in courtroom 1A of the Richard S. Arnold United States Courthouse in Little Rock.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2024