Case 2:24-cv-00084-DPM   Document 42   Filed 05/21/24   Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 21 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| STATES OF TENNESSEE, ARKANSAS, ALABAMA, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KANSAS, MISSOURI, NEBRASKA, NORTH DAKOTA, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, UTAH, and WESTERN VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Defendant*. | Case No. 2:24-CV-84 DPM |

## MOTION FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE* WITHOUT DESIGNATION OF LOCAL COUNSEL

Pursuant to Rule 83.5(d) of the Local Rules of the Eastern and Western Districts of Arkansas, undersigned counsel moves the Court to grant her admission *pro hac vice*, to appear and participate in this action as counsel for *Amici Curiae*: National Women's Law Center, The American Civil Liberties Union, A Better Balance, Actors' Equity Association, AFL-CIO, American Federation of State, County and Municipal Employees, American Federation

of Teachers, Center for WorkLife Law, Communication Workers of America, Legal Aid at Work, National Center for Law and Economic Justice, National Education Association, National Employment Law Project, National Partnership for Women & Families, One Fair Wage, Public Counsel, Service Employees International Union, United Food and Commercial Workers, American Postal Workers Union,* and National Nurses United.*

>*Indicates Organizations which expressed interest in but have not confirmed they are joining the brief to be filed on behalf of *Amici Curiae.*

I am qualified to be admitted before this Court:

1. I am a partner at Katz Banks Kumin, LLP, 11 Dupont Circle NW, Suite 600, Washington, DC 20036, wheeler@katzbanks.com, (202) 299-1140.

2. I am a resident of Virginia, and am a member in good standing of the District of Columbia Bar. My DC Bar Number is 1028645.

3. I am over the age of 21, of good moral character, and possess the requisite qualifications of learning and ability to practice before this Court.

4. I have not been the subject of any disciplinary proceeding, investigation, action, or grievance procedure, and have neither been disbarred nor denied admission in any other court in the United States.

5. In accordance with Local Rule 83.5(d), I move the Court to waive requirements of designation and permit me to proceed without designating local counsel, for the limited purposes of the pending litigation.

6. I affirm to the Local Rules of the United States District Court for the Eastern District of Arkansas and submit myself to the jurisdiction of this Court in matters of discipline.

WHEREFORE, movant respectfully requests an order granting me admission *pro hac vice.*

Dated: May 20, 2024

Respectfully submitted,

*Carolyn L. Wheeler*

Carolyn L. Wheeler
Attorney for *Amici Curiae*