IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 21 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| STATES OF TENNESSEE, ARKANSAS, ALABAMA, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KANSAS, MISSOURI, NEBRASKA, NORTH DAKOTA, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, UTAH, and WEST VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>*Defendant*. | Case No. 2:24-cv-84-DPM |

## MOTION TO ADMIT KAITLYN GOLDEN *PRO HAC VICE*

COMES NOW undersigned counsel and, upon the annexed declaration of Kaitlyn Golden, moves this court for an order admitting Kaitlyn Golden *pro hac vice* on behalf of Proposed *Amici* the above styled and numbered cause.

Ms. Golden is a member in good standing of the Bars of the District of Columbia and the State of Washington, and she is admitted to practice in the Supreme Court of the United States, the U.S. Courts of Appeals for the Third, Fifth, and Seventh Circuits, and the U.S. District Court for the District of Columbia. She is not admitted to practice in the United States District Courts in Arkansas. Her office address is: P.O. Box 34553, Washington, D.C. 20043.

Under Local Rule 83.5(d), Kaitlyn Golden designates me, Bettina E. Brownstein, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas,

1

as local counsel with whom the Court and opposing counsel may readily communicate. My physical address and email address are as follows:

Bettina E. Brownstein
Bettina E. Brownstein Law Firm
904 W. 2nd Street, Suite 2
Little Rock, Arkansas 72201
E-mail: bettinabrownstein@gmail.com
AR Bar No. 85019

Wherefore, premises considered, proposed *Amici Curiae* moves that Kaitlyn Golden be granted permission to appear *pro hac vice* on their behalf in this cause.

Dated: May 21, 2024

Respectfully submitted,

/s/ *Bettina Brownstein*
Bettina Brownstein (85019)
Bettina E. Brownstein Law Firm
904 West 2nd Street, Ste. 2
Little Rock, AR 72201
Phone: (501) 920-1764
Email:   bettinabrownstein@gmail.com

*Counsel for* Amici Curiae

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| STATES OF TENNESSEE, ARKANSAS, ALABAMA, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KANSAS, MISSOURI, NEBRASKA, NORTH DAKOTA, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, UTAH, and WEST VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>*Defendant*. | Case No. 2:24-cv-84-DPM |

**DECLARACTION OF KAITLYN GOLDEN IN SUPPORT OF MOTION**
***PRO HAC VICE***

KAITLYN GOLDEN declares under penalty of perjury that the following is true and correct:

1. I am Senior Counsel at the Democracy Forward Foundation and counsel for proposed *amici curiae* Small Business Majority, Main Street Alliance, and American Sustainable Business Council. I submit this declaration in support of the motion of Ms. Bettina Brownstein for my pro hac vice admission to practice in this Court in the above-captioned matter. I am associated in this matter with Ms. Brownstein, who is a member in good standing of this Court.

1

2. I am an attorney licensed in the District of Columbia (Bar No. 1034214), and was admitted to practice in 2016. My office address is at P.O. Box 34553, Washington, D.C. 20043, Tel: (202) 448-9090.

3. I am admitted to practice in admitted to practice in the Supreme Court of the United States, the U.S. Courts of Appeals for the Third, Fifth, and Seventh Circuits, and the U.S. District Court for the District of Columbia.

4. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5. I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas

Dated: May 21, 2024                          Respectfully submitted,


                                             /s/ Kaitlyn Golden
                                             Kaitlyn Golden