IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STATES OF TENNESSEE, ARKANSAS,
ALABAMA, FLORIDA, GEORGIA, IDAHO,
INDIANA, IOWA, KANSAS, MISSOURI,
NEBRASKA, NORTH DAKOTA, OKLAHOMA,
SOUTH CAROLINA, SOUTH DAKOTA,
UTAH, and WEST VIRGINIA                                               PLAINTIFFS

v.                        No. 2:24-cv-84-DPM

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                            DEFENDANT

## JUDGMENT

The States' complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 June 2024