## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

STATES OF TENNESSEE,
ARKANSAS, ALABAMA,
FLORIDA, GEORGIA, IDAHO,
INDIANA, IOWA, KANSAS,
MISSOURI, NEBRASKA, NORTH
DAKOTA, OKLAHOMA, SOUTH
CAROLINA, SOUTH DAKOTA,
UTAH, and WEST VIRGINIA,

      *Plaintiffs*,

v.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

   *Defendant.*

Civil Action No. 2:24-cv-84 DPM
U.S. District Judge D. P. Marshall
U.S. Magistrate Judge Edie R.
Ervin

---

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE is hereby given, pursuant to Federal Rule of Appellate Procedure 3, of the appeal by Plaintiff States to the United States Court of Appeals for the Eighth Circuit from the final judgment (Doc. 64) *sua sponte* dismissing Plaintiff States' complaint.

Respectfully submitted,

JONATHAN SKRMETTI
  Tennessee Attorney General
  and Reporter

/s/ *Virginia N. Adamson*
WHITNEY D. HERMANDORFER*
  Director of Strategic Litigation
REED N. SMITH*
  Assistant Attorney General
VIRGINIA N. ADAMSON*
  Strategic Litigation Counsel &
  Assistant Solicitor General
JOSHUA D. MINCHIN*
  Honors Fellow, Office of the
  Solicitor General


OFFICE OF THE TENNESSEE
  ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
Tel.: (615) 741-8726
Whitney.Hermandorfer@ag.tn.gov

*Admitted *Pro Hac Vice* under
Local Rule 83.5(d)

*Counsel for Plaintiff State of
Tennessee*

TIM GRIFFIN
  Arkansas Attorney General

/s/ *Nicholas J. Bronni*
NICHOLAS J. BRONNI (2016097)
  Solicitor General
DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
ASHER STEINBERG (2019058)
  Senior Assistant Solicitor General


OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel.: (501) 682-6302
Nicholas.Bronni@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

STEVE MARSHALL
  Attorney General

/s/ *Edmund G. LaCour, Jr*.
EDMUND G. LACOUR, JR.*
Solicitor General
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@
  AlabamaAG.gov

*Admitted *Pro Hac Vice* under
Local Rule 83.5(d)

*Counsel for Plaintiff State of
Alabama*

ASHLEY MOODY
  Attorney General

/s/ *Natalie Christmas*
NATALIE CHRISTMAS*
Senior Counselor
OFFICE OF THE FLORIDA ATTORNEY
GENERAL
PL-01, The Capitol
Tallahassee, FL 32399
Tel.: (850) 414-3300
Natalie.christmas@myfloridalegal.com

*Admitted *Pro Hac Vice* under Local
Rule 83.5(d)

*Counsel for Plaintiff State of Florida*

CHRISTOPHER CARR
  Attorney General

/s/ *Stephen Petrany*
STEPHEN PETRANY*
Solicitor General
OFFICE OF THE ATTORNEY GENERAL
OF GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
Tel.: (404) 458-3408
spetrany@law.ga.gov

*Admitted *Pro Hac Vice* under
Local Rule 83.5(d)

*Counsel for Plaintiff State of
Georgia*

RAÚL R. LABRADOR
  Attorney General

/s/ *Joshua N  Turner*
JOSHUA N. TURNER*
Chief of Constitutional Litigation and
Policy
ALAN M. HURST*
Solicitor General
OFFICE OF THE IDAHO ATTORNEY
GENERAL
P.O. Box 83720
Boise, Idaho 83720
Tel: (208) 334-2400
josh.turner@ag.idaho.gov

*Admitted *Pro Hac Vice* under Local
Rule 83.5(d)

*Counsel for Plaintiff State of Idaho*

THEODORE E. ROKITA
  Attorney General

/s/ *James A. Barta*
JAMES A. BARTA*
Solicitor General
OFFICE OF THE ATTORNEY
GENERAL OF INDIANA
302 W. Washington St.
Indianapolis, Indiana 46204
Tel.: (317) 232-0709
James.Barta@atg.in.gov

*Admitted *Pro Hac Vice* under
Local Rule 83.5(d)

*Counsel for Plaintiff State of Indiana*


BRENNA BIRD
  Attorney General

/s/ *Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
OFFICE OF THE IOWA ATTORNEY
GENERAL
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel.: (515) 281-5164
Eric.Wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*


KRIS W. KOBACH
  Attorney General

/s/ *Erin Gaide*
ERIN GAIDE*
Assistant Attorney General
OFFICE OF THE KANSAS ATTORNEY
GENERAL
120 SW 10th Ave.
Topeka, KS 66612
Tel.: (785) 296-7109
erin.gaide@ag.ks.gov

*Admitted *Pro Hac Vice* under
Local Rule 83.5(d)

*Counsel for Plaintiff State of Kansas*


ANDREW BAILEY
  Attorney General

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE*
Solicitor General
MISSOURI ATTORNEY GENERAL'S
OFFICE
Post Office Box 899
Jefferson City, MO 65102
Tel.: (573) 751-1800
josh.divine@ago.mo.gov

*Admitted *Pro Hac Vice* under Local
Rule 83.5(d)

*Counsel for Plaintiff State of Missouri*

MICHAEL T. HILGERS
  Attorney General

/s/ *Lincoln J. Korell*
LINCOLN J. KORELL*
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2682
lincoln.korell@nebraska.gov

*Admitted *Pro Hac Vice* under
Local Rule 83.5(d)

*Counsel for Plaintiff State of
Nebraska*

DREW WRIGLEY
  Attorney General

/s/ *Philip Axt*
PHILIP AXT*
Solicitor General
OFFICE OF NORTH DAKOTA ATTORNEY
GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Tel.: (701) 328-2210
pjaxt@nd.gov

*Admitted *Pro Hac Vice* under Local
Rule 83.5(d)

*Counsel for Plaintiff State of North
Dakota*

GENTNER DRUMMOND
  Attorney General

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II*
Solicitor General
OKLAHOMA OFFICE OF THE
ATTORNEY GENERAL
313 NE 21st Street,
Oklahoma City, OK 73105
Tel.: 405-312-2451
Garry.Gaskins@oag.ok.gov

*Admitted *Pro Hac Vice* under
Local Rule 83.5(d)

*Counsel for Plaintiff State of
Oklahoma*

ALAN WILSON
  Attorney General

/s/ *Joseph D. Spate*
JOSEPH D. SPATE*
Assistant Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
Tel.: (803) 734-3371
josephspate@scag.gov

*Admitted *Pro Hac Vice* under Local
Rule 83.5(d)

*Counsel for Plaintiff State of South
Carolina*

MARTY J. JACKLEY
  Attorney General

/s/ *Grant M  Flynn*
GRANT M. FLYNN*
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD  57501
Tel.: (605) 773-3215
grant.flynn@state.sd.us

*Admitted *Pro Hac Vice* under
Local Rule 83.5(d)

*Counsel for Plaintiff State of South Dakota*

SEAN REYES
  Attorney General

/s/ *Lance F  Sorenson*
LANCE F. SORENSON*
Assistant Utah Attorney General
UTAH ATTORNEY GENERAL
160 East 300 South, 6th floor
PO Box 140856
Salt Lake City, UT 84114-0856
Tel.: (801) 366-0100
lancesorenson@agutah.gov

*Admitted *Pro Hac Vice* under Local
Rule 83.5(d)

*Counsel for Plaintiff State of Utah*

PATRICK MORRISEY
  Attorney General

/s/ *Curtis R. A. Capehart*
CURTIS R. A. CAPEHART*
Deputy Attorney General
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
Building 1, Room E-26
Charleston, WV 25305
Tel.: (304) 558-2021
curtis.r.a.capehart@wvago.gov

*Admitted *Pro Hac Vice* under
Local Rule 83.5(d)

*Counsel for Plaintiff State of West Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 18th day of June 2024 on the following:

**Daniel S. Schwei**
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8693
Fax: (202) 616-8460
Daniel.S.Schwei@usdoj.gov

**Laura B. Bakst**
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3183
Fax: (202) 616-8470
Laura.B.Bakst@usdoj.gov

**Alexandra Widas**
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Tel: (202) 616-8472
Fax: (202) 616-8460
Alexandra.J.Widas@usdoj.gov

*Counsel for Defendant*

/s/ *Virginia N. Adamson*