# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Defendant*. | **No. 2:24-cv-84 DPM**<br><br>U.S. District Judge D. P. Marshal<br>U.S. Magistrate Judge Edie R. Ervin |

## MOTION TO WITHDRAW COUNSEL

The undersigned attorney for Plaintiff State of Idaho respectfully requests that this Court withdraw the appearance of Joshua N. Turner as counsel in the above captioned case because he is ending his service with the State of Idaho. The State of Idaho will continue to be represented by Alan M. Hurst.

Dated: September 16, 2024        Respectfully submitted,

/s/ *Joshua N. Turner*
Joshua N. Turner
Chief of Constitutional Litigation and Policy
Attorney for Plaintiff, State of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that on the September 16, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

                                                  <u>*/s/ Joshua N. Turner*</u>
                                                  Joshua N. Turner