# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

|  |  |
|---|---|
| STATE OF TENNESSEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:24-cv-84-DPM |
| ) | |
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully requests that the Court grant leave to withdraw the appearance of Alexandra J. Widas, as Ms. Widas will be departing the Department of Justice on March 12, 2025. Daniel Schwei will continue to represent Defendant.

Dated: March 11, 2025

Respectfully Submitted,

*/s/ Alexandra Widas*
ALEXANDRA WIDAS (D.C. Bar #1645372)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8472
Facsimile: (202) 616-8460
Email: alexandra.j.widas@usdoj.gov

*Counsel for Defendant*