# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

STATE OF TENNESSEE, et al.                                                                  PLAINTIFFS

v.                                   CASE NO. 2:24-cv-00084-DPM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                       DEFENDANTS

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5(d) of the United States District Courts for the Eastern and Western Districts of Arkansas, James Rodriguez requests that he be admitted *pro hac vice* for the purpose of representing the State of Kansas in this action. In support of his application, James Rodriguez represents that:

1.      He is the Assistant Attorney General at the Office of the Kansas Attorney General, 120 SW 10th Avenue, 2nd Floor, Topeka, KS 66612, (785) 368-8197, jay.rodriguez@ag.ks.gov.

2.      He was admitted to the bar of the State of Kansas on December 8, 2021, and is a member in good standing of that bar.

3.      He is authorized to practice in the United States District Courts for: the District of Kansas, the District of North Dakota, and the Northern District of Texas.

4.      Local counsel, who maintains an office in Arkansas for the practice of law and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, is:

>  Asher Steinberg (Arkansas Bar No. 2019058)
>  Senior Assistant Solicitor General
>  Office of the Arkansas Attorney General
>  323 Center Street, Suite 200
>  Little Rock, AR 72201
>  (501) 682-1051 – telephone
>  (501) 682-7395 – facsimile
>  Asher.Steinberg@arkansasag.gov

Date:  March 14, 2025

                                   Respectfully submitted,

*/s/ James Rodriguez*
James Rodriguez, KS Bar #29172
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Tel.: (785) 368-8197
Jay.Rodriguez@ag.ks.gov