IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

_____
                                    )
STATE OF TENNESSEE, *et al.*,       )
                                    )
       Plaintiffs,                 )
                                    )
v.                                  )   Civil Action No. 2:24-cv-84-DPM
                                    )
EQUAL EMPLOYMENT                    )
OPPORTUNITY COMMISSION,             )
                                    )
       Defendant.                  )
_____)

**DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL**

Defendants respectfully move to substitute counsel for Defendants in this case. Laura B. Bakst, trial attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, is currently counsel of record for Defendants. Ms. Bakst is leaving the Department of Justice on April 1, 2025. Defendants move to withdraw Ms. Bakst's appearance and to substitute Karima A. Ortolano, trial attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel of record for Defendants. This substitution will not delay any proceedings.

Dated: April 1, 2025

                                           Respectfully submitted,

                                           YAAKOV M. ROTH
                                           Acting Assistant Attorney General

                                           DIANE KELLEHER
                                           Branch Director

                                           DANIEL SCHWEI
                                           Special Counsel

                                           */s/ Karima A. Ortolano*
                                           KARIMA A. ORTOLANO (Mass. Bar No. 707575)
                                           Trial Attorney
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, NW

-2-

Washington, DC 20005
Tel: (202) 451-7467
Facsimile: (202) 616-8460
Email: karima.ortolano2@usdoj.gov

*Counsel for Defendants*

-2-

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on April 1, 2025.

*/s/ Karima A. Ortolano*