IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| STATE OF TENNESSEE, *et al* | ( ( ( | |
| Plaintiffs, | ( | Civil Action No. 2-24-84-DPM |
| v. | ( ( ( | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ( ( ( | |
| Defendant. | ( | |

MOTION TO WITHDRAW AS LOCAL COUNSEL FOR AMICI CURIAE SMALL BUSINESS MAJORITY, MAIN STREET ALLIANCE, AND AMERICAN SUSTAINABLE BUSINESS COUNCIL

Attorney Bettina E. Brownstein, local counsel for Amici Curiae Small Business Majority, Main Street Alliance, and American Sustainable Business Council, respectfully requests to be allowed to withdraw as local counsel for these amici curiae and that they be allowed to proceed without the necessity of local counsel. Amici curiae are represented by attorneys Carrie Flaxman and Kaitlyn Golden, who have been admitted *pro hac vice* in this case. The reason for this motion is that Ms. Brownstein is winding down her trial practice in preparation for full retirement in the near future.

April 17, 2025

                                               Respectfully submitted,

                                     /s/ Bettina E. Brownstein
                                         Bettina E. Brownstein Law Firm
                                         808 Ash St.
                                         Little Rock, Arkansas
                                         bettinabrownstein@gmail.com
                                         (501) 920-1764

Case 2:24-cv-00084-DPM     Document 90     Filed 04/17/25     Page 2 of 2