UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Apr 18, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
               DEP CLERK
```

No: 24-2249

State of Tennessee, et al.

Appellants

v.

Equal Employment Opportunity Commission

Appellee

------------------------------

The Ethics & Public Policy Center

Amicus on Behalf of Appellant(s)

American College of Obstetricians and Gynecologists, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:24-cv-00084-DPM)

---

**MANDATE**

In accordance with the opinion and judgment of February 20, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 18, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit