IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| STATES OF TENNESSEE, ARKANSAS, ALABAMA, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KANSAS, MISSOURI, NEBRASKA, NORTH DAKOTA, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, UTAH, and WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | <br><br><br><br><br><br><br><br><br> Civil Action No. 2:24-cv-84-DPM <br>  U.S. District Judge D. P. Marshall <br> U.S. Magistrate Judge Edie R. Ervin |

## JOINT STATUS REPORT

In response to the Court's April 28, 2025, order, the parties file this joint status report regarding the best course forward in this case.

The Court has received the mandate from the Court of Appeals, reversing the dismissal of Plaintiff States' complaint and remanding to this Court for proceedings consistent with the Court of Appeals' opinion. Judgment, No. 24-2249 (8th Cir. Feb. 20, 2025). That Court's opinion held that the States have Article III standing to sue. Opinion, No. 24-2249 (8th Cir. Feb. 20, 2025). But it expressed no view on the merits of the States' claims challenging Defendant Equal Employment Opportunity Commission (EEOC)'s April 19, 2024, rule entitled *Implementation of the Pregnant Workers Fairness Act*, 89 Fed. Reg. 29,096. *Id.*

This Court initially dismissed the States' complaint at an early stage. EEOC has not yet filed an answer to the States' complaint or produced the administrative record. EEOC has

committed to producing the administrative record before June 19, 2025. And the parties need additional time to confer about how to proceed with this case after that happens. Accordingly, pursuant to Fed. R. Civ. P. 6 and Local Rule 7.2, the parties ask the Court for leave to file a joint status report in thirty days, on June 19, 2025, advising the Court on the best way to proceed.

Counsel for EEOC has reviewed this status report and authorized the States to file it as a joint status report.

Thus, the parties respectfully request that the Court order the parties (independently or jointly) to file a second status report on June 19, 2025, regarding the best way forward in this case.

Dated:  May 20, 2025                                Respectfully submitted,

| | |
|---|---|
| JONATHAN SKRMETTI<br>  Tennessee Attorney General<br>  and Reporter | TIM GRIFFIN<br>  Arkansas Attorney General |
| /s/ *Virginia N. Adamson*<br>VIRGINIA N. ADAMSON*<br>  Strategic Litigation Counsel &<br>  Assistant Solicitor General<br>REED N. SMITH*<br>  Assistant Attorney General<br>JOSHUA D. MINCHIN*<br>  Assistant Solicitor General | /s/ *Asher Steinberg*<br>ASHER STEINBERG (2019058)<br>  Senior Assistant Solicitor General |
| OFFICE OF THE TENNESSEE<br>  ATTORNEY GENERAL<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-8726<br>Jenna.Adamson@ag.tn.gov | OFFICE OF THE ARKANSAS<br>  ATTORNEY GENERAL<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>(501) 682-6302<br>Asher.Steinberg@arkansasag.gov |
| *Counsel for Plaintiff State of Tennessee* | *Counsel for Plaintiff State of Arkansas* |

STEVE MARSHALL
  Attorney General

/s/ *Edmund G. LaCour, Jr.*
EDMUND G. LACOUR, JR.*
Solicitor General
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@
  AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

JAMES UTHMEIER
  Attorney General

/s/ *Allen L. Huang*
ALLEN L. HUANG*
Deputy Solicitor General
OFFICE OF THE FLORIDA ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399
Tel.: (850) 414-3300
Allen.Huang@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

CHRISTOPHER CARR
  Attorney General

/s/ *Stephen Petrany*
STEPHEN PETRANY*
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

RAÚL R. LABRADOR
  Attorney General

/s/ *Alan M. Hurst*
ALAN M. HURST*
Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, Idaho 83720
Tel: (208) 334-2400
Alan.Hurst@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

4

Theodore E. Rokita
   Attorney General

/s/ *James A. Barta*
James A. Barta*
Solicitor General
Office of the Attorney General of Indiana
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone: (317) 232-0709
James.Barta@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Brenna Bird
   Attorney General

/s/ *Eric H. Wessan*
Eric H. Wessan
Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Eric.Wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

Kris W. Kobach
   Attorney General

/s/ *James Rodriguez*
James Rodriguez*
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Ave.
Topeka, KS 66612
(785) 296-7109
Jay.Rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

Andrew Bailey
   Attorney General

/s/ *Joshua M. Divine*
Joshua M. Divine*
Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

Michael T. Hilgers
   Attorney General

/s/ *Lincoln J. Korell*
Lincoln J. Korell*
Assistant Solicitor General
Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

Drew Wrigley
   Attorney General

/s/ *Philip Axt*
Philip Axt*
Solicitor General
Office of North Dakota Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Counsel for Plaintiff State of North Dakota*

GENTER DRUMMOND
  Attorney General

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II*
Solicitor General
OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 NE 21st Street,
Oklahoma City, OK 73105
405-312-2451
Garry.Gaskins@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
  Attorney General

/s/ *Joseph D. Spate*
JOSEPH D. SPATE*
Assistant Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State of South Carolina*

MARTY J. JACKLEY
  Attorney General

/s/ *Grant M. Flynn*
GRANT M. FLYNN*
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD 57501
(605) 773-3215
grant.flynn@state.sd.us

*Counsel for Plaintiff State of South Dakota*

DEREK BROWN
  Attorney General

/s/ *Stanford E. Purser*
STANFORD E. PURSER*
Solicitor General
UTAH ATTORNEY GENERAL
160 East 300 South, 6th floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
spurser@agutah.gov

*Counsel for Plaintiff State of Utah*

JOHN B. MCCUSKEY
  Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
Solicitor General
OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Fax: (304) 558-0140
Michael.r.williams@wvago.gov

*Counsel for Plaintiff State of West Virgina*

*Admitted *Pro Hac Vice* under Local Rule 83.5(d)

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, a true and correct copy of the foregoing document was served via this Court's electronic filing system on the following:

**Daniel S. Schwei**
Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11532
Washington, DC 20005
Tel: (202) 598-3865
Daniel.S.Schwei@usdoj.gov

**Karima A. Ortolano**
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8460
Karima.ortolano2@usdoj.gov

/s/ *Virginia N. Adamson*
Virginia N. Adamson