IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| STATES OF TENNESSEE, ARKANSAS, ALABAMA, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KANSAS, MISSOURI, NEBRASKA, NORTH DAKOTA, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, UTAH, and WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | Civil Action No. 2:24-cv-84-DPM <br> U.S. District Judge D. P. Marshall <br> U.S. Magistrate Judge Edie R. Ervin |

**SECOND JOINT STATUS REPORT**

In response to the Court's April 28, 2025, order, the parties filed a joint status report on May 20, 2025, seeking leave to file a second status report. The parties requested additional time to allow Defendant Equal Employment Opportunity Commission (EEOC) to produce the administrative record, which it has since done, and to enable the parties to confer about how to proceed with this case. The Court granted the parties' request and ordered them to file a second status report by June 19, 2025.

In the intervening time, a U.S. district court in Louisiana vacated the portion of the rule that Plaintiff States challenge here. *See Louisiana v. EEOC*, No. 2:24-cv-00629, --- F. Supp. 3d ----, 2025 WL 1462583, at *15 (W.D. La. May 21, 2025). It also remanded to the EEOC for action consistent with the court's findings. *See id.* at *16. Although the court's ruling was interlocutory,

the court certified it as a partial final and appealable judgment under Fed. R. Civ. P. 54(b) as to the "abortion accommodation mandate VACATED [t]herein." *Id.*

Under the Federal Rules of Appellate Procedure, the defendant in *Louisiana* (EEOC) has until Monday, July 21, 2025, to file a notice of appeal. *See* Fed. R. App. P. 4(a)(1)(B)(ii). If no party appeals by that date, the certified judgment will become a final, non-appealable judgment. *See, e.g.*, *In re Haugen*, 998 F.2d 1142, 1147-48 (8th Cir. 1993). That means the portion of the rule challenged here will be vacated.

Accordingly, pursuant to Fed. R. Civ. P. 6 and Local Rule 7.2, the parties ask the Court for leave to file a joint or separate status report(s) on July 28, 2025, a week after the appeal deadline in *Louisiana*. Granting leave to file a third report would conserve judicial and party resources in this case by preserving the status quo pending disposition of the challenged rule in *Louisiana*. Depending on the outcome there, the parties here will be better positioned to advise the Court on how best to proceed. If the Court grants this request for leave, the parties do not anticipate another status report will be necessary.

Counsel for EEOC has reviewed this status report and authorized the States to file it as a joint status report.

Thus, the parties respectfully request that the Court order the parties (independently or jointly) to file a third status report on July 28, 2025, regarding the best way forward in this case.

Dated: June 18, 2025                                    Respectfully submitted,


JONATHAN SKRMETTI                                       TIM GRIFFIN
  Tennessee Attorney General                    Arkansas Attorney General
  and Reporter

/s/ *Virginia N. Adamson*                               /s/ *Asher Steinberg*
VIRGINIA N. ADAMSON*                                    ASHER STEINBERG (2019058)
  Strategic Litigation Counsel &                Senior Assistant Solicitor General
  Assistant Solicitor General
REED N. SMITH*
  Assistant Attorney General
JOSHUA D. MINCHIN*
  Assistant Solicitor General


OFFICE OF THE TENNESSEE                                 OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL                              ATTORNEY GENERAL
P.O. Box 20207                                          101 West Capitol Avenue
Nashville, Tennessee 37202                              Little Rock, Arkansas 72201
(615) 741-8726                                          (501) 682-2007
Jenna.Adamson@ag.tn.gov                                 Asher.Steinberg@arkansasag.gov

*Counsel for Plaintiff State of Tennessee*              *Counsel for Plaintiff State of Arkansas*

| | |
|---|---|
| STEVE MARSHALL<br>  Attorney General | JAMES UTHMEIER<br>  Attorney General |
| /s/ *Edmund G. LaCour, Jr.* <br>EDMUND G. LACOUR, JR.*<br>Solicitor General<br>OFFICE OF THE ALABAMA<br>ATTORNEY GENERAL<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130<br>Telephone: (334) 242-7300<br>Fax: (334) 353-8400<br>Edmund.LaCour@<br>  AlabamaAG.gov<br><br>*Counsel for Plaintiff State of Alabama* | /s/ *Allen L. Huang* <br>ALLEN L. HUANG*<br>Deputy Solicitor General<br>OFFICE OF THE FLORIDA ATTORNEY GENERAL<br>PL-01, The Capitol<br>Tallahassee, FL 32399<br>Tel.: (850) 414-3300<br>Allen.Huang@myfloridalegal.com<br><br>*Counsel for Plaintiff State of Florida* |
| CHRISTOPHER CARR<br>  Attorney General | RAÚL R. LABRADOR<br>   Attorney General |
| /s/ *Stephen Petrany* <br>STEPHEN PETRANY*<br>Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF GEORGIA<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, Georgia 30334<br>(404) 458-3408<br>spetrany@law.ga.gov<br><br>*Counsel for Plaintiff State of Georgia* | /s/ *Alan M. Hurst* <br>ALAN M. HURST*<br>Solicitor General<br>OFFICE OF THE IDAHO ATTORNEY GENERAL<br>P.O. Box 83720<br>Boise, Idaho 83720<br>Tel: (208) 334-2400<br>Alan.Hurst@ag.idaho.gov<br><br>*Counsel for Plaintiff State of Idaho* |

4


THEODORE E. ROKITA
   Attorney General

/s/ *James A. Barta*
JAMES A. BARTA*
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF INDIANA
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone: (317) 232-0709
James.Barta@atg.in.gov

*Counsel for Plaintiff State of Indiana*

BRENNA BIRD
   Attorney General

/s/ *Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
OFFICE OF THE IOWA ATTORNEY GENERAL
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Eric.Wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

KRIS W. KOBACH
   Attorney General

/s/ *James Rodriguez*
JAMES RODRIGUEZ*
Assistant Attorney General
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, KS 66612
(785) 296-7109
Jay.Rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ANDREW BAILEY
   Attorney General

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE*
Solicitor General
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

MICHAEL T. HILGERS
   Attorney General

/s/ *Lincoln J. Korell*
LINCOLN J. KORELL*
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

DREW WRIGLEY
   Attorney General

/s/ *Philip Axt*
PHILIP AXT*
Solicitor General
OFFICE OF NORTH DAKOTA ATTORNEY GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Counsel for Plaintiff State of North Dakota*

GENTER DRUMMOND
  Attorney General

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II*
Solicitor General
OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 NE 21st Street,
Oklahoma City, OK 73105
405-312-2451
Garry.Gaskins@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
  Attorney General

/s/ *Joseph D. Spate*
JOSEPH D. SPATE*
Assistant Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State of South Carolina*

MARTY J. JACKLEY
  Attorney General

/s/ *Grant M. Flynn*
GRANT M. FLYNN*
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD  57501
(605) 773-3215
grant.flynn@state.sd.us

*Counsel for Plaintiff State of South Dakota*

DEREK BROWN
  Attorney General

/s/ *Stanford E. Purser*
STANFORD E. PURSER*
Solicitor General
UTAH ATTORNEY GENERAL
160 East 300 South, 6th floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
spurser@agutah.gov

*Counsel for Plaintiff State of Utah*

JOHN B. MCCUSKEY
  Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
Solicitor General
OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Fax: (304) 558-0140
Michael.r.williams@wvago.gov

*Counsel for Plaintiff State of West Virgina*

*Admitted *Pro Hac Vice* under Local Rule 83.5(d)


BRETT A. SHUMATE
Assistant Attorney General

DIANE KELLEHER
Branch Director

*/s/ Yuri S. Fuchs*
YURI S. FUCHS (CA Bar No. 300379)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-3869
Fax: (202) 616-8460
Email: yuri.s.fuchs@usdoj.gov

*Counsel for Defendant*