IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

|  |  |
|---|---|
| STATE OF TENNESSEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:24-cv-84-DPM |
| ) | |
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendant in the above-captioned matter.  Please note the following contact information for Mr. Siler:

> Jacob S. Siler
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, NW
> Washington, DC 20005
> Tel: (202) 353-4556
> Facsimile: (202) 616-8460
> Email: Jacob.S.Siler@usdoj.gov

-1-

Dated: July 9, 2025

                                                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

*/s/ Jacob S. Siler*
JACOB S. SILER
Trial Attorney (DC Bar No. 1003383)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-353-4556
Fax: 202-616-8460
Email: jacob.s.siler@usdoj.gov

*Counsel for Defendant*