**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

| | |
|---|---|
| STATES OF TENNESSEE, ARKANSAS, ALABAMA, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KANSAS, MISSOURI, NEBRASKA, NORTH DAKOTA, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, UTAH, and WEST VIRGINIA. | |
| *Plaintiffs*, | |
| v. | Civil Action No. 2:24-cv-84-DPM |
| | U.S. District Judge D. P. Marshall |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | U.S. Magistrate Judge Edie R. Ervin |
| *Defendant.* | |

**THIRD JOINT STATUS REPORT**

_____

On June 18, 2025, the parties filed a second joint status report seeking leave to file a third status report. In the second report, the parties indicated that they sought additional time to assess this case in light of a U.S. district court in Louisiana's vacatur of the portion of the rule challenged in this matter, and they noted the potential for appeal in those proceedings. *See Louisiana v. EEOC*, No. 2:24-cv-00629, --- F. Supp. 3d ----, 2025 WL 1462583, at *15 (W.D. La. May 21, 2025). The Court granted the parties' request and ordered them to file a third status report by July 28, 2025, one week after the deadline to file a notice of appeal from the district court's order in *Louisiana*. The parties now file their third status report and, for the reasons given below, ask the Court to stay proceedings in this matter until resolution of appellate proceedings in *Louisiana*.

Since the last status report in this matter, the U.S. Conference of Catholic Bishops and certain individual plaintiffs have appealed the Louisiana district court's ruling to the U.S. Court of

Appeals for the Fifth Circuit. *See U.S. Conf. of Catholic Bishops v. EEOC*, No. 25-30398, Dkt. 1 (5th Cir. July 17, 2025). Although the parties do not anticipate that the plaintiffs' appeal in that suit will seek to reverse the district court's order of vacatur of the portion of the final rule challenged in this matter, the filing of the appeal precludes that court's judgment of vacatur from becoming a final disposition as to the Rule.

Given these developments, the parties ask the Court to stay proceedings in this matter until final disposition of the appellate proceedings in *Louisiana v. EEOC*. Such a stay would conserve judicial and party resources in this case by preserving the status quo pending disposition of the challenged rule in *Louisiana*. Depending on the outcome there, the parties here will be better positioned to advise the Court on how best to proceed.

Counsel for EEOC has reviewed this status report and authorized the States to file it as a joint status report.

Accordingly, the parties respectfully request that the Court grant a stay of proceedings until final disposition of the appeal in *Louisiana*.

Dated:  July 28, 2025                              Respectfully submitted,


JONATHAN SKRMETTI                                  TIM GRIFFIN
  Tennessee Attorney General                         Arkansas Attorney General
  and Reporter

/s/ *Virginia N. Adamson*                          /s/ *Asher Steinberg*
VIRGINIA N. ADAMSON*                               ASHER STEINBERG (2019058)
  Strategic Litigation Counsel &                     Senior Assistant Solicitor General
  Assistant Solicitor General
REED N. SMITH*
  Assistant Attorney General
JOSHUA D. MINCHIN*
  Assistant Solicitor General



OFFICE OF THE TENNESSEE                            OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL                                   ATTORNEY GENERAL
P.O. Box 20207                                     101 West Capitol Avenue
Nashville, Tennessee 37202                         Little Rock, Arkansas 72201
(615) 741-8726                                     (501) 682-6302
Jenna.Adamson@ag.tn.gov                            Asher.Steinberg@arkansasag.gov

*Counsel for Plaintiff State of Tennessee*         *Counsel for Plaintiff State of Arkansas*

STEVE MARSHALL
  Attorney General

/s/ *Edmund G. LaCour, Jr.*
EDMUND G. LACOUR, JR.*
Solicitor General
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@
  AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

JAMES UTHMEIER
  Attorney General

/s/ *Allen L. Huang*
ALLEN L. HUANG*
Deputy Solicitor General
OFFICE OF THE FLORIDA ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399
Tel.: (850) 414-3300
Allen.Huang@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

CHRISTOPHER CARR
  Attorney General

/s/ *Stephen Petrany*
STEPHEN PETRANY*
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

RAÚL R. LABRADOR
  Attorney General

/s/ *Alan M. Hurst*
ALAN M. HURST*
Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, Idaho 83720
Tel: (208) 334-2400
Alan.Hurst@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

4

THEODORE E. ROKITA
  Attorney General

/s/ *James A. Barta*
JAMES A. BARTA*
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
INDIANA
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone: (317) 232-0709
James.Barta@atg.in.gov

*Counsel for Plaintiff State of Indiana*

BRENNA BIRD
  Attorney General

/s/ *Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
OFFICE OF THE IOWA ATTORNEY GENERAL
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Eric.Wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

KRIS W. KOBACH
  Attorney General

/s/ *James Rodriguez*
JAMES RODRIGUEZ*
Assistant Attorney General
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, KS 66612
(785) 296-7109
Jay.Rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ANDREW BAILEY
  Attorney General

/s/ *Louis J. Cappozzi III*
LOUIS J CAPPOZZI, III*
Solicitor General
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
louis.cappozzi@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

MICHAEL T. HILGERS
  Attorney General

/s/ *Lincoln J. Korell*
LINCOLN J. KORELL*
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

DREW WRIGLEY
  Attorney General

/s/ *Philip Axt*
PHILIP AXT*
Solicitor General
OFFICE OF NORTH DAKOTA ATTORNEY
GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Counsel for Plaintiff State of North Dakota*

GENTER DRUMMOND
  Attorney General

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II*
Solicitor General
OKLAHOMA OFFICE OF THE ATTORNEY
GENERAL
313 NE 21st Street,
Oklahoma City, OK 73105
405-312-2451
Garry.Gaskins@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*


MARTY J. JACKLEY
  Attorney General

/s/ *Grant M. Flynn*
GRANT M. FLYNN*
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD  57501
(605) 773-3215
grant.flynn@state.sd.us

*Counsel for Plaintiff State of South Dakota*


ALAN WILSON
  Attorney General

/s/ *Joseph D. Spate*
JOSEPH D. SPATE*
Assistant Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State of South Carolina*


DEREK BROWN
  Attorney General

/s/ *Stanford E. Purser*
STANFORD E. PURSER*
Solicitor General
UTAH ATTORNEY GENERAL
160 East 300 South, 6th floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
spurser@agutah.gov

*Counsel for Plaintiff State of Utah*

JOHN B. MCCUSKEY
  Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
Solicitor General
OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Fax: (304) 558-0140
Michael.r.williams@wvago.gov

*Counsel for Plaintiff State of West Virgina*

*Admitted *Pro Hac Vice* under Local Rule
83.5(d)

BRETT A. SHUMATE
Assistant Attorney General

DIANE KELLEHER
Branch Director

/s/ *Jacob S. Siler*
JACOB S. SILER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-4556
Fax: (202) 616-8460
Email: jacob.s.siler@usdoj.gov

*Counsel for Defendant*