IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STATES OF TENNESSEE, ARKANSAS,
ALABAMA, FLORIDA, GEORGIA, IDAHO,
INDIANA, IOWA, KANSAS, MISSOURI,
NEBRASKA, NORTH DAKOTA, OKLAHOMA,
SOUTH CAROLINA, SOUTH DAKOTA,
UTAH, and WEST VIRGINIA                                                PLAINTIFFS

v.                              No. 2:24-cv-84-DPM

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                              DEFENDANT

## ORDER

1. Motion, *Doc. 108*, granted as modified. Joshua M. Divine is relieved as counsel for the State of Missouri. Mr. Capozzi must move for leave to appear *pro hac vice*.

2. Joint status report, *Doc. 109*, received. This case is stayed and administratively terminated. The States may move to reopen this case after final disposition of *U.S. Conference of Catholic Bishops v. E.E.O.C.*, No. 2:24-cv-691-DCJ (W.D. La. 21 May 2025), including the appeal, No. 25-30398 (5th Cir. 17 July 2025). Any motion to reopen must be filed within sixty days of that final disposition. The States must file a timely motion to reopen or a status report by 31 August 2026.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2025