IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STATE OF TENNESSEE, et al.                                                                                     PLAINTIFFS

v.                                        CASE NO. 2:24-cv-00084

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.                               DEFENDANTS

## MOTION TO SUBSTITUTE ATTORNEY

The undersigned counsel for Plaintiff State of Arkansas respectfully requests that this Court substitute Autumn Hamit Patterson for Asher Steinberg as local counsel in the above captioned case. Senior Assistant Solicitor General Asher Steinberg will be leaving the service of the Office of the Arkansas Attorney General next week. The State of Arkansas will continue to be represented by undersigned counsel with the Office of the Arkansas Attorney General.

Dated: November 5, 2025.

                          Respectfully submitted,

                          TIM GRIFFIN
                            Arkansas Attorney General

                          AUTUMN HAMIT PATTERSON
                            Solicitor General

                          OFFICE OF THE ARKANSAS ATTORNEY
                            GENERAL
                          101 W. Capitol Avenue
                          Little Rock, AR 72201
                          (501) 682-2007
                          Autumn.Patterson@ArkansasAG.gov